UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/05/2016

In Re:                                    )        Case No. 12-30991-H2-13
    Donna Bossette                )
                                  )
    Debtor(s)                     )

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS
(Docket No. 42)

Upon the application of Kim S. Sawyer, Esq., General Counsel for The Locator Services Group Ltd., Attorney-in-Fact for CIT Bank N.A., Successor-in-Interest to Onewest Bank FSB, seeking payment of $2,756.60 representing funds previously unclaimed by

<u>Onewest Bank FSB</u>

a creditor in the above-entitled case, and it appearing from the application and supporting documentation that CIT Bank N.A., as Successor-in-Interest to Onewest Bank FSB, is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $2,756.60 to:

**CIT Bank N.A.**
c/o CIT Group Inc.
One CIT Drive
Mail Stop 2108-A
Livingston, NJ 07039-5703
Attn: Barrie Saltzman, Vice President – Escheatment Officer, Corporate Tax

**Signed:  October 04, 2016.**

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE